## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:10CR232 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SHANNON D. WATKINS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the government's motion to dismiss (Filing No. 5). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment, without prejudice, against the above-named Defendant.

IT IS ORDERED:

1.    The government's motion to dismiss (Filing No. 5) is granted;

2.    The arrest warrant (Filing No. 4) is quashed; and

3.    The Clerk is directed to deliver a copy of this order to the U.S. Marshal for this district.

DATED this 11th day of October, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge